NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC., ALLERGAN USA, INC.,
ALLERGAN SALES, LLC, ENDO
PHARMACEUTICALS SOLUTIONS, INC.,
AND SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellee,*

AND

**SANDOZ, INC.,**
*Defendant-Appellee,*

AND

**PADDOCK LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2012-1310

---

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0511, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

# ORDER

Upon consideration of the April 27, 2012 order expediting briefing on the merits of this appeal,

IT IS ORDERED THAT:

(1) Oral argument for the merits of the appeal is scheduled to be held at 10 a.m., June 14, 2012, in Courtroom 402. The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than May 25, 2012.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**MAY 0 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan E. Singer, Esq.
Charles A. Weiss, Esq.
Deanne E. Maynard, Esq.
Wendy M. Ward, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2012

JAN HORBALY
CLERK